**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CAROL SCHOENE,

Plaintiff,

                                                Case No.: 10-61355-CIV-MORENO/TORRES

vs.

ASSET ACCEPTANCE CAPITAL CORP.,

Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

       Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: September 11, 2010                Respectfully submitted,

                                              /s Andrew I. Glenn
                                              Andrew I. Glenn
                                              E-mail: AGlenn@cardandglenn.com
                                              Florida Bar No.: 577261
                                              J. Dennis Card, Jr.
                                              E-mail:DCard@cardandglenn.com
                                              Florida Bar No. 0487473
                                              Card & Glenn, P.A.
                                              2501 Hollywood Boulevard, Suite 100
                                              Hollywood, Florida 33020
                                              Telephone: (954) 921-9994
                                              Facsimile:  (954) 921-9553
                                              Attorneys for Plaintiff