UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-61355-CIV-MORENO**

CAROL SCHOENE,

    Plaintiff,

vs.

ASSET ACCEPTANCE CAPITAL CORP.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice **(D.E. 4)**, filed **September 11, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendants have neither answered the complaint nor moved for summary judgment, it is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed.R.Civ.P. 41(a)(1)(i).

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of September, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record